JONATHAN R. BASS (State Bar No. 75779)
JULIA D. GREER (State Bar No. 200479)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-jrb@cpdb.com
        ef-jdg@cpdb.com

Attorneys for Defendants
FEDEX GROUND PACKAGE SYSTEM INC.
and ADVANCE PAYROLL FUNDING LTD.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMPATCI MANAGEMENT SOLUTIONS:<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VENSURE HR Inc., FEDEX GROUND PACKAGE SYSTEM Inc., ADVANCE PAYROLL FUNDING LTD. and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-02399-KJM-AC<br><br>**STIPULATION AND ORDER TO SEVER AND TRANSFER CLAIMS AGAINST DEFENDANTS FEDEX GROUND PACKAGE SYSTEM, INC. AND ADVANCE PAYROLL FUNDING LTD.**<br><br>[28 U.S.C. § 1404(a)]<br><br>Trial Date:　　None Set |

17248.001 4852-4956-9624.1　　　　　　　　1　　　　　　　　2:17-cv-02399-KJM-AC

**STIPULATION AND ORDER TO SEVER AND TRANSFER CLAIMS AGAINST DEFENDANTS FEDEX GROUND PACKAGE SYSTEM, INC. AND ADVANCE PAYROLL FUNDING LTD.**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

Defendants FedEx Ground Package System, Inc. ("FedEx"), Paychex Advance LLC, sued herein as Advance Payroll Funding Ltd. ("Advance") and Plaintiff Dompatci Management Solutions ("Dompatci"), by and through their undersigned counsel, stipulate as follows:

WHEREAS on or about August 10, 2017, Dompatci filed a Complaint against FedEx and Advance, along with Vensure HR, Inc., in the Superior Court of California, County of Solano (the "Complaint"), and in October, 2017, served the Complaint on various Defendants;

WHEREAS Defendant Advance timely filed a Notice of Removal to this Court on November 14, 2017;

WHEREAS, Plaintiff Dompatci's alleged claims against FedEx arise out of a contract between Dompatci and FedEx that contains a forum selection clause requiring that all such claims "shall be venued in a Federal court of appropriate venue and subject matter jurisdiction located in Allegheny County, Pennsylvania and the Parties hereby consent to the personal jurisdiction of said courts;"

WHEREAS, Plaintiff Dompatci's alleged claims against Advance arise out of a contract between Dompatci and Advance that contains a forum selection clause requiring that all such claims "shall be [heard in] the District Court for the Northern District of Ohio, Eastern Division. [Plaintiff] expressly waives the jurisdiction of any other court, and acknowledges and agrees that this Agreement, without more, shall be sufficient to sustain the dismissal of an action commenced by [Plaintiff] in any other court than specified in this agreement."

WHEREAS, in the interest of efficiency and cost the Parties wish to avoid motion practice to compel enforcement of these forum selection clauses;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties as follows:

PURSUANT TO 28 U.S.C. § 1404(a),

1. All claims in the Complaint alleged by Plaintiff Dompatci against Defendant Fedex, which include Counts One through Five of Plaintiff's Second Cause of Action, shall be hereby transferred to the United States District Court for the Western District of Pennsylvania in

17248.001 4852-4956-9624.1     1     2:17-cv-02399-KJM-AC

**STIPULATION AND ORDER TO SEVER AND TRANSFER CLAIMS AGAINST DEFENDANTS FEDEX GROUND PACKAGE SYSTEM, INC. AND ADVANCE PAYROLL FUNDING LTD.**

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

1. Pittsburgh, Pennsylvania, in Allegheny County.

2. All claims in the Complaint alleged by Plaintiff Dompatci against Defendant Advance, which include Counts One through Five of Plaintiff's Third Cause of Action, shall be hereby transferred to the United States District Court for the Northern District of Ohio, Eastern Division.

IT IS SO STIPULATED.

DATED: December 26, 2017          COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Julia D. Greer*
Jonathan R. Bass
Julia D. Greer
Attorneys for Defendants FedEx Ground Package System, Inc., and Paychex Advance LLC sued as Advance Payroll Funding Ltd.

DATED: December 26, 2017          DAVID T. GRACIA –LAW OFFICES

*/s/ David T. Gracia*
By: (As authorized on December 26, 2017)
David T. Gracia
Attorneys for Plaintiff Dompatci Management Solutions

It appearing that the transfers are for the convenience of parties and witnesses, in the interests of justice, and good cause appearing therefor,

IT IS SO ORDERED.

DATED: February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

17248.001 4852-4956-9624.1

2                                             2:17-cv-02399-KJM-AC

**STIPULATION AND ORDER TO SEVER AND TRANSFER CLAIMS AGAINST DEFENDANTS FEDEX GROUND PACKAGE SYSTEM, INC. AND ADVANCE PAYROLL FUNDING LTD.**