Benjamin K. Mason (State Bar No. 289066)
MORLEY MASON, PLC
2811 E. Katella Ave. Ste. 205
Orange, CA 92867
Telephone: 310.409.4110
Facsimile: 310-861-0272
Email: ben@morleymason.com
Attorneys for Defendant
VENSURE HR, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMPATCI MANAGEMENT SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>VENSURE HR, INC., FEDEX GROUND PACKAGE SYSTEM, INC., ADVANCE PAYROLL FUNDING LTD., AND DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02399-KJM-AC<br><br><br>**ORDER RE: STIPULATION TO CONTINUE DATE FOR STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Based on the Joint Stipulation filed on October 4, 2018, regarding the Stipulation To Continue Date For Status (Pretrial Scheduling) Conference it appears that good cause is shown and it is in the interest of justice that:

1. The Status (Pretrial Scheduling) Conference currently set for October 11, 2018 at 9:00 a.m. shall be continued to Thursday, November 1, 2018 at 2:30 p.m.

IT IS SO ORDERED.

DATED: October 5, 2018.

_____
UNITED STATES DISTRICT JUDGE