UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMPATCI MANAGEMENT SOLUTIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>VENSURE HR INC., et al.,<br><br>    Defendants. | No. 2:17-cv-02399-KJM-AC<br><br>ORDER |

        In an order filed by the court on September 11, 2018, a status conference was set for October 11, 2018, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. ECF No. 28. On October 5, 2018, the status conference was continued to Nov. 1, 2018. ECF No. 32. The parties filed their joint status report on October 4, 2018, but there was no appearance by Benjamin Mason, counsel for defendants, at the November 1, 2018 conference.

        Accordingly, defendants' counsel is ordered to show cause within 7 days of the filing date of this order, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: November 2, 2018.

                                                      UNITED STATES DISTRICT JUDGE