UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMPATCI MANAGEMENT SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>VENSURE HR INC., et al.,<br><br>Appellee. | Case No. 2:17-cv-02399-KJM-AC<br><br>ORDER |

On November 6, 2018, the court ordered plaintiff's counsel, David Gracia, to show cause within 7 days why he should not be sanctioned in the amount of $250.00 for failing to appear at the November 1, 2018 status conference. ECF No. 38. More than ten months have passed with no response from Gracia.

Accordingly, the court ORDERS Gracia to pay sanctions of $250 within seven (7) days of this order, without passing this cost onto his client. Sanctions are payable to the clerk of the court.

IT IS SO ORDERED.

DATED: September 24, 2019.

_____
UNITED STATES DISTRICT JUDGE

1